**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1114**

ROSEMARY SUSKO, d/b/a Rosemont Manor,

Plaintiff – Appellant,

v.

CITY OF WEIRTON; MARK HARRIS; WILLIAM MILLER; ROD ROSNICK;
JIM MCHENRY; GARY DUFOUR; DEWEY GUIDA; TOM VIRTUE; BOB
ARANGO; BOB MRVOS; ETHEL YEAGER, as Executrix of the Estate
of John Yeager, deceased, substituted as a party in place of
John Yeager,

Defendants – Appellees,

and

JOHN YEAGER,

Defendant.

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling. Frederick P. Stamp,
Jr., Senior District Judge. (5:09-cv-00001-FPS-JES)

Submitted: August 10, 2011          Decided: August 18, 2011

Before WILKINSON, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Paul J. Harris, Wheeling, West Virginia, for Appellant.  David L. Wyant, BAILEY & WYANT, P.L.L.C., Wheeling, West Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rosemary Susko appeals the district court's judgment granting Defendants' summary judgment motions on her 42 U.S.C. § 1983 (2006) claims against them. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. See Susko v. City of Weirton, No. 5:09-cv-00001-FPS-JES (N.D.W. Va. Jan. 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3